UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KATHARINE MAUPIN,

        Plaintiff

   v.                                                   C-1-07-74

COMMISSIONER OF SOCIAL SECURITY,

        Defendant

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 14) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Magistrate Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. This Court accepts the Report as uncontroverted. The Report and Recommendation is **ADOPTED AND INCORPORATED** herein.

Accordingly, for the reasons stated in the Report and Recommendation (doc. no. 14) the Court finds the decision of the Commissioner is unsupported by substantial evidence and **REVERSED**. This matter is **REMANDED** to the ALJ for an immediate reinstatement of benefits, including retroactive payments; and as no further matters remain pending before the Court, this matter is **TERMINATED** on the docket of this Court.

    **IT IS SO ORDERED.**

                                                  s/Herman J. Weber
                                     Herman J. Weber, Senior Judge
                                        United States District Court